# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 2:10CR00017 |
| v. | ) | **ORDER** |
| **JIMMY SCOTT ELKINS,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Dismiss (ECF No. 161) is GRANTED; the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (ECF No. 149) is DENIED; the § 2255 proceeding is stricken from the active docket of the court; and the defendant's Motions to Dismiss the Indictment and Motions to Withdraw his Guilty Plea (ECF No. 160, 164, & 165) are DENIED.

Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability regarding his claims under § 2255 is DENIED.

ENTER: July 19, 2013

/s/ James P. Jones
United States District Judge